IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01707-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

CLARENCE HASSLER,

 Petitioner,

v.

RICK RAEMISCH, Executive Director, Colorado Department of Corrections,

 Respondent.

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

 Petitioner, Clarence Hassler, is in the custody of the Colorado Department of Corrections and is incarcerated at the Crowley County Correctional Facility in Olney Springs, Colorado.  He initiated this action on August 6, 2015 by filing "A Writ of Habeas Corpus for Release from Custody Pursuant to 28 U.S.C. § 2241" (ECF No. 1).  Mr. Hassler challenges the execution of his sentence.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the document is deficient as described in this Order.  Any papers that Mr. Hassler files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  _X_  is not submitted
(2)  ___  is missing affidavit
(3)  ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  _X_  is missing certificate showing current balance in prison account
(5)  ___  is missing required financial information

(6) ___ is missing authorization to calculate and disburse filing fee payments
(7) ___ is missing an original signature by the prisoner
(8) ___ is not on proper form
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_ other: Mr. Hassler may pay the $5.00 filing fee in lieu of filing a § 1915 motion and affidavit.

**Complaint, Petition or Application**:

(11) ___ is not submitted
(12) _X_ is not on proper form
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) _X_ other: Petitioner fails to name a proper respondent. The only proper respondent is the warden of the facility where Petitioner is incarcerated.

Accordingly, it is

ORDERED that Mr. Hassler cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Hassler files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Hassler shall obtain copies of the court-approved forms for filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, along with the applicable instructions, at www.cod.uscourts.gov. Mr. Hassler must use the Court-approved forms when curing the deficiencies. It is

FURTHER ORDERED that, if Mr. Hassler fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be

dismissed without further notice.

DATED August 12, 2015, at Denver, Colorado.

BY THE COURT:


 s/ Gordon P. Gallagher
United States Magistrate Judge